**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ANDREA AVERY | : | No. 336 WAL 2021 |
| | : | |
| | : | |
| | : | |
| v. | : | Cross Petition for Allowance of |
| | : | Appeal from the Order of the |
| | : | Superior Court |
| BRANDON CERCONE AND HARRY | : | |
| SPADAFORA | : | |
| | : | |
| | : | |
| PETITION OF: HARRY SPADAFORA | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2022, the Cross Petition for Allowance of Appeal is **DENIED**.